UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO.: 5:13-cv-00099-H

| | |
|---|---|
| JENNIFER RUTLEDGE )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>LTD FINANCIAL SERVICES, LP; and )<br>DOES 1 through 10, inclusive, )<br>)<br>Defendant. ) | **NOTICE OF SETTLEMENT** |

This Notice is to advise the Court that the parties have reached agreement on a settlement of all issues in this action. At this time, the settlement documents are being transmitted and executed and the parties anticipate filing an appropriate Stipulation of Dismissal with the Court within thirty (30) days.

Respectfully submitted this 20th day of May, 2013.

| | |
|---|---|
| /s/ *Caren D. Enloe* | /s/ *Christopher D. Lane* |
| Caren D. Enloe | Christopher D. Lane |
| *Attorney for Defendant* | *Attorney for Plaintiff* |
| NC State Bar No.: 17394 | NC State Bar No.: 20302 |
| Morris, Manning & Martin, LLP | Law Office of Christopher D. Lane |
| PO Box 12768 | 3802-A Clemmons Rd |
| Research Triangle Park, NC 27709 | Clemmons, NC 27012 |
| Telephone: (919) 608-2969 | Telephone: (336) 766-0229 |
| Facsimile: (919) 806-2057 | Fax: (336) 766-9145 |
| Email: cenloe@mmmlaw.com | Email: cdllaw@juno.com |

## CERTIFICATE OF SERVICE

       I HEREBY CERTIFY that on May 20th, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Defendant, and I hereby certify that I have mailed the document to the following non CM/ECF participants: none.

Caren D. Enloe
*Attorney for Defendant*
Morris, Manning & Martin, LLP
PO Box 12768
Research Triangle Park, NC 27709
Telephone: (919) 608-2969
Facsimile: (919) 806-2057
Email: cenloe@mmmlaw.com

                              Respectfully submitted,

                              /s/ Christopher D. Lane
                              Christopher D. Lane
                              Attorney for Plaintiff
                              NC State Bar No.: 20302