# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

| | |
|---|---|
| JENNIFER RUTLEDGE,<br>    Plaintiff,<br><br>vs.<br><br>LTD FINANCIAL SERVICES, LP; and DOES 1 through 10, inclusive,<br>    Defendant. | Case No. 5:13-cv-00099-H<br><br>STIPULATION OF DISMISSAL |

    Plaintiff, JENNIFER RUTLEDGE , by counsel, and Defendant, LTD FINANCIAL SERVICES, LP, by counsel, hereby stipulate that the above captioned action against LTD FINANCIAL SERVICES, LP; and DOES 1 through 10, inclusive, should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

DATED: August 29, 2013

    RESPECTFULLY SUBMITTED,

    By: /s/Christopher D. Lane
    Christopher D. Lane
    (N.C. Bar # 20302)
    Attorney-at-Law
    3802 Clemmons Road, Suite A
    Clemmons, NC 27012
    Telephone: (336) 766-0229
    Facsimile:  (336) 766-9145
    Email: cdllaw@juno.com

    *Attorney for Plaintiff,*
    *Jennifer Rutledge*

> By: /s/ Caren D. Enloe
> Caren D. Enloe
> Morris Manning & Martin LLP
> 1000 Park Forty Plaza, Third Floor
> P. O. Box 12768
> Research Triangle Park, NC 27713
> 919-806-2969
> Email: cenloe@mmmlaw.com
>
> *Attorney for Defendant,*
> *LTD Financial Services*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed on August 29, 2013, via the Court Clerk's CM/ECF system which will provide notice to the following:

Caren D. Enloe
Morris Manning & Martin LLP
1000 Park Forty Plaza, Third Floor
P. O. Box 12768
Research Triangle Park, NC 27713
919-806-2969
Email: cenloe@mmmlaw.com
*Attorney for Defendant,*
*LTD Financial Services*

> By: /s/Christopher D. Lane
> Christopher D. Lane
> (N.C. Bar # 20302)
> Attorney-at-Law
> 3802 Clemmons Road, Suite A
> Clemmons, NC 27012
> Telephone: (336) 766-0229
> Facsimile: (336) 766-9145
> Email: cdllaw@juno.com